UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **GERALD J. PENNINGTON** and **CAROL PENNINGTON**,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**PIONEER ENTERPRISES, INC.**, a South Dakota corporation, and **BRANDI L. OLSEN**,<br><br>　　　　　　Defendants. | CIV. 22-5075<br><br><br>**COMPLAINT** |

　　　　Plaintiffs, Gerald J. Pennington, and Carol Pennington, state their claim against Defendants Pioneer Enterprises, Inc., a South Dakota Corporation and Brandi L. Olsen, as follows:

## INTRODUCTION

　　　　1.　　This action arises from the serious and permanent bodily injuries suffered by Plaintiff Gerald Pennington when he took necessary evasive action to avoid a collision with a van driven by Defendant Pioneer Enterprise, Inc.'s employee, Brandi Olsen, who failed to yield the right-of-way to Pennington at the intersection of S.D. Highway 79 and U.S. Highway 212 in Butte County, South Dakota on August 13, 2020.

## JURISDICTION AND VENUE

　　　　2.　　The jurisdiction of this Court is invoked under the authority of 28 U.S.C. § 1332. The Plaintiffs and Defendants are citizens of different states and the amount in controversy, exclusive of interests and costs, exceeds $75,000.

3. Venue is appropriately before this District Court as provided in 28 U.S.C. § 1391, that is, Defendants either do business and/or reside within this Judicial District and the events giving rise to the claim that is the subject of this action occurred here.

## PARTIES

4. Plaintiffs Gerald J. Pennington and Carol Pennington are currently, and were at the time of Gerald's injuries, citizens of the State of Michigan.

5. Defendant Pioneer Enterprises Inc. is a South Dakota corporation with its principal place of business in Sioux Falls, and operations in Western South Dakota.

6. Defendant Brandi L. Olsen was, at the time of the event upon which this action is based, a citizen of Butte County, South Dakota.

## GENERAL ALLEGATIONS

7. Upon information and belief, and at all times relevant to this action, Brandi Olsen was acting in the course, scope, and agency of her employment with Pioneer Enterprises, Inc. and/or its related companies or subsidiaries. Pioneer Enterprises, Inc. is therefore in all respects, vicariously liable for Olsen's actions as described in this Complaint.

8. On August 13, 2020, at about 6:32 p.m., Defendant Olsen was driving a 2011 Dodge Grand Caravan east on U.S. Highway 212 where it intersects with S.D. Highway 79 in eastern Butte County, South Dakota.

9. At the same time, Gerald Pennington was traveling south on U.S. Highway 79 on his 2003 Harley Davidson motorcycle.

10. A stop sign controlled eastbound traffic on U.S. Highway 212 as it intersects with S.D. Highway 79. Traffic entering the intersection on S.D. Highway 79, from either the north or south have no stop signs however, governing their travel, allowing north/south traffic to travel

through the intersection without stopping. The posted speed limit through the intersection for S.D. Highway 79 traffic is 65 m.p.h.

11. As Olsen approached the intersection of Highways 212 and 79, she did a 'stop and go,' that is did a brief stop and then proceeded into the intersection directly in the path of Gerald Pennington, who was traveling south on Highway 79.

12. At that moment, Gerald Pennington, seeing that a broadside collision with Olsen's van was imminent, had no choice but to take evasive action to avoid a certain collision. He intentionally laid his bike down, which caused it to tumble and slide for a great distance before both the motorcycle and Pennington's body came to rest. He was in all respects, operating his motorcycle in compliance with South Dakota law.

13. The injuries suffered by Pennington were substantial, severe, and permanent.

**COUNT ONE**
**NEGLIGENCE AND NEGLIGENCE PER SE**
**(BRANDI OLSEN & PIONEER ENTERPRISES, INC.)**

14. Olsen had a duty to Gerald Pennington to operate the Dodge Grand Caravan in a manner consistent with her common law and statutory duties.

15. Olsen breached her common law and statutory duties to Gerald Pennington, in her acts and omissions, which are negligence and /or negligence per se, as set out in the following examples, which are not exclusive:

   a) Failing to keep a proper lookout for oncoming traffic.

   b) Failing to yield the right-of-way to oncoming traffic.

   c) Entering a controlled intersection in violation of SDCL § 32-29-2.1, which provides:

> [E]very driver of a vehicle approaching a stop intersection indicated by a stop sign shall come to a full stop … before entering the intersection. After having stopped, the driver shall yield the right-of-way to any vehicle which has entered or is approaching the intersection from another highway and may not proceed into the intersection until certain that such intersecting roadway is free from oncoming traffic which may affect safe passage. A violation of this section is a Class 2 misdemeanor.

16. The negligence or negligence per se of Olsen and Pioneer Enterprises Inc. is the legal cause of the serious, permanent bodily injury and resulting damages suffered by the Penningtons.

17. Among Penningtons' damages are the substantial medical expenses incurred for Gerald's care, including therapeutic and rehabilitation services, home health services, medicine, and follow-up care. It is reasonably likely that these medical expenses will be incurred into the future.

18. Gerald has endured great physical pain, extreme mental suffering, disfigurement, disability, and general loss of the ability to enjoy life. These losses are likely permanent in nature.

19. Gerald has also lost the reasonable value of time to attend to resulting in an economic loss that is also likely to continue into the future.

## COUNT TWO
## LOSS OF CONSORTIUM AND HOME HEALTH
## (CAROL PENNINGTON)

20. The negligence or negligence per se of Olsen and Pioneer Enterprises, Inc. is the legal cause of Carol Pennington's separate and distinct damages, including but not limited to deprivation of her husband Gerald Pennington's financial support, services in their home, advice, counsel, assistance, protection, companionship, society, and marital relations.

## COUNT THREE
## NEGLIGENT HIRING/RETENTION
## (PIONEER ENTERPRISES, INC.)

21. At the time of this occurrence, Olsen was employed by Pioneer Enterprises, Inc. and/or its related companies or subsidiaries, and was also considered a statutory employee of Pioneer Enterprises, Inc., and/or its related companies or subsidiaries, by virtue of federal law.

22. At all times material, Olsen was an agent of Pioneer Enterprises, Inc., and/or its related companies or subsidiaries, and was acting in the course and scope of her agency and authority.

23. The negligence of Olsen was committed in the course and scope of the authority granted by Pioneer Enterprises, Inc., and/or its related companies or subsidiaries to its employees.

24. As a legal cause of the negligent acts and omissions of Olsen and Pioneer Enterprises, Inc., and/or its related companies or subsidiaries, Penningtons suffered injuries as set forth in this Complaint.

## COUNT FOUR
## PUNITIVE DAMAGES
## (BRANDI OLSEN & PIONEER ENTERPRISES, INC.)

25. Brandi Olsen and Pioneer Enterprises, Inc.'s acts, as set out in this action, demonstrate reckless indifference for Jerry's wellbeing to the degree that Plaintiffs Pennington are entitled to exemplary damages in an amount to be determined to be appropriate by a jury.

WHEREFORE, Plaintiffs pray for judgment against the Defendants as follows:

1) For all past and future special damages allowed under South Dakota law.

2) For all past and future general damages allowed under South Dakota law.

      3)     For prejudgment and post-judgment interest, costs and disbursements allowed under South Dakota law.

      4)     For exemplary damages in an amount to be determined by a jury at the time of trial.

      5)     For all and further relief as the Court should determine.

**PLAINTIFFS DEMAND TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

Dated this 12th day of August, 2022.

                                  **BARKER LAW FIRM, LLC**

                           By:  /s/Kenneth E. Barker
                                   Kenneth E. Barker
                                   10956 SD Highway 34
                                   P.O. Box 100
                                   Belle Fourche, SD 57717-0100
                                   Tel: (605) 723-8000
                                   kbarker@barkerlawfirm.com

                                 **THE ROBERT PAHLKE LAW GROUP**
                                 Robert G. Pahlke (NSBA #13201)
                                 To be Admitted Pro Hac Vice
                                 2425 Circle Drive, Suite 200
                                 Scottsbluff, NE 69361
                                 Tel: (308) 633–4444
                                 rgp@pahlkelawgroup.com

                                 *Attorneys for Plaintiffs*

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gerald J. Pennington, and Carol Pennington,

**DEFENDANTS**
Pioneer Enterprises, Inc., a South Dakota corporation, and Brandi L. Olsen

**(b)** County of Residence of First Listed Plaintiff: **Oakland**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Minnehaha**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kenneth E. Barker, Barker Law Firm, LLC
PO Box 100, Belle Fourche, SD 57717 (605) 723-8000

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §§ 1391 and 1332

Brief description of cause:
Near miss between vehicle and motorcycle resulting in injuries to Plaintiff motorcyclist

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 8-12-2022

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____